UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00095-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PETER ROBERT JAMES,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.   To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, April 9, 2012** and responses to these motions shall be filed by **Monday, April 23, 2012.**   It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.   Should a hearing become necessary, the parties shall contact chambers.   It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, May 21, 2012 at 9:00 a.m. in courtroom A-1002.**

Dated:   March 15, 2012.

                                                        BY THE COURT:

                                                        s/ Wiley Y. Daniel
                                                        WILEY Y. DANIEL,
                                                        CHIEF UNITED STATES DISTRICT JUDGE