IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No. 12-cr-00095-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PETER ROBERT JAMES,

      Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on defendant, Peter Robert James', *pro se*

Motion To Reduce A Sentence Pursuant to Rule 35(b) Of The Fed. R. Crim. P. [ECF

No. 41], filed on February 24, 2014.

On June 6, 2012, James pled guilty to one count of distributing child

pornography. ECF No. 19.  On October 22, 2012, I sentenced James to 180 months

imprisonment and 10 years of supervised release. ECF No. 35.  In the present motion,

James moves for a reduction in his sentence under Rule 35(b) of the FEDERAL RULES of

CRIMINAL PROCEDURE based on assistance he provided the Government regarding

persons involved in trafficking child pornography.

James' request for relief is unwarranted.  Under FED. R. CRIM. P. 35(b)(1) and

(b)(2), after I have imposed a defendant's sentence, I may later reduce that defendant's

sentence on the basis of substantial assistance rendered to the Government "[u]pon the

government's motion . . . "  An affirmative request by the Government to reduce a

- 1 -

defendant's original sentence triggers application of FED. R. CRIM. P. 35(b).  Here, the Government made no such request.  It is James who moves for a reduction in his sentence, not the Government.  Therefore, I have no authority to reduce James' sentence under FED. R. CRIM. P. 35(b).  Accordingly, it is

ORDERED that James' *pro se* Motion To Reduce A Sentence Pursuant to Rule 35(b) Of The Fed. R. Crim. P. [ECF No. 41] is **DENIED**.

Dated:  May 16, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge